Lewis M. Francis, USB 6545
Brennan Curtis, USB 16433
**PARSONS BEHLE & LATIMER**
201 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: 801.532.1234
Facsimile: 801.536.6111
LFrancis@ParsonsBehle.com
BCurtis@ParsonsBehle.com
ecf@parsonsbehle.com

Joseph F. Cleveland, Jr., Texas Bar #04378900 *(Pro Hac Vice Application Pending)*
Angélique M. McCall Ditty, Texas Bar #24104172 *(Pro Hac Vice Application Pending)*
**BRACKETT & ELLIS**
100 Main Street
Fort Worth, Texas 76102-3090
Telephone: 817.338.1700
Facsimile: 817.870.2265

*Attorneys for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| HRUSKA'S GROCERY COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>HRUSKA'S INC. d/b/a HRUSKA'S KOLACHES, HRUSKA'S WEST JORDAN, LLC, HRUSKA'S SUGARHOUSE, LLC, HRUSKA'S PROVO, LLC, HRUSKA'S OREM, LLC, HRUSKA'S MANAGEMENT GROUP, INC., HRUSKA'S AMERICAN FORK, LLC,<br><br>Defendants. | **DECLARATION OF TERESA JAMES**<br><br>**CASE NO. 2:24-CV-00769-DAO**<br><br>**JUDGE JILL N. PARISH**<br><br>Magistrate Judge Daphne A. Oberg |

**DECLARATION OF TERESA JAMES**

My name is Teresa James. I am the president and director of Plaintiff Hruska's Grocery Company. I have personal knowledge of the facts stated herein, which are true and correct. I have conducted, and caused to be conducted, a diligent search and reasonable inquiry for documents and electronically-stored information responsive to Defendants' interrogatories nos. 4, 5, 9, and 15 and request for production nos. 1,2, and 8-14: Specifically, documents sufficient to show Plaintiff's monthly and annual advertising expenditures, monthly and annual revenue, gross and net profits, monthly profit and loss statements, financial statements, and other financial data from 1995 to present. Plaintiff previously produced responsive documents for the fiscal years 2012-2024. After conducting a diligent search and reasonable inquiry, I have determined that no additional responsive documents are in the possession, custody, or control of Hruska's Grocery Company beyond those already produced.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 11th day of August 2025.

Teresa James

**CERTIFICATE OF SERVICE**

I hereby certify that on August 11, 2025, I electronically filed the foregoing document with the Clerk of Court for the United States District Court, District of Utah, Central Division, using the electronic case filing system of the Court. The electronic case filing system sent a "Notice of Electronic Filing" to all attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

*/s/ Patrick J. Neville*
Patrick J. Neville